UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INDEX NO. 1:24-cv-07233

---

IRIS A. ZAPATA and MYA IRIS DEJESUS,

                 Plaintiffs,

        -against-

NICK'S TOWING SERVICE, INC. and JOHN T. SAGUN, JR.,

                 Defendants.

**STIPULATION DISCONTINUING ACTION**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties that this action be, and the same is hereby discontinued with prejudice, without further costs or disbursements to either party as against the other, and it is also represented that no signing party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action.

      This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Fresh Meadows, New York
       March 3, 2025

---------------------------------------
**ABRAMS & ASSOCIATES, P.C. (formerly Niyazov Law Group, P.C.)**
By: Ari Abrams, Esq.
Attorneys for Plaintiff
159-16 Union Tpke., Suite 300
Fresh Meadows, New York   11366
(212) 962-4600

---------------------------------------
THOMAS, THOMAS & HAFER, LLP.
By: Michael Giacopelli, Esq.
Attorneys for Defendants
53 Frontage Road
Suite 117
Hampton, New Jersey 08827
(646) 332-0719